sufficient, in the absence of evidence of provocation or mitigation, to sustain an action for separation. The order is, therefore, affirmed, without costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Ignatz Reder and Pauline Goodman, Copartners, etc., Respondents, v. John T. Byrne, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Benjamin Robinson, Respondent, v. Samuel Jaffe, Defendant, and Tillie Jaffe, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Woodward, J., dissented.

Edward Roesler, Respondent, v. Robert J. Mahoney, Appellant.— Order affirmed, with ten dollars costs and disbursements. Motion for stay denied, with ten dollars costs, and temporary stay vacated. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Richard C. Rupp, Appellant, v. Frederick Boyd Stevenson, Respondent. (No. 1.)— For error in excluding plaintiff's check, Exhibit A for identification, judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Richard C. Rupp, Appellant, v. Frederick Boyd Stevenson, Respondent. (No. 2.)— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Annie Schaller, Respondent, v. Staten Island Midland Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Hyman Scher, Respondent, v. Luna Park Company, Appellant.— Judgment and order of Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Jacob Schorr, Respondent, v. Patrick J. Frawley, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Schratwieser Fire Proof Construction Company, Respondent, v. William F. Kenny Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., voted to reverse on the error in the charge at folios 241 and 243.

Ida Schwartzenfeld, an Infant, by Adolph Schwartzenfeld, Her Guardian ad Litem, Respondent, v. Louis Schochet, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Frederick Semken, Respondent, v. Lawrence E. Blake, Jr., Appellant. —Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.